**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael Lumb                    CHAPTER 13

Debtor(s)

BKY. NO. 21-13216 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of NewRez, LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

                                                Respectfully submitted,

                                                /s/ *Rebecca Solarz*
                                                Rebecca Solarz
                                                17 Jan 2022, 10:45:41, EST

                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322