# FINANCE OF AMERICA
— COMMERCIAL —

# Finance of America Commercial
6230 Fairview Road, Suite 300, Charlotte, NC 28210

## Property - Underwriting Approval
Conditional Approval Date[1]: 12/16/2019
Final Approval Date: 01/23/2020

| Lender | Document Expiration Dates |
|---|---|
| Loan #: **180192758-004**<br>Branch: **Charlotte**<br><br>FACo Sales Rep: **Ken Stoner**<br>Phone: **704-672-4187**<br>Email: **kstoner@financeofamerica.com**<br><br>Client Relations Specialist: **Kathleen Slack**<br>Phone: **704-672-4146**<br>Email: **kslack@financeofamerica.com**<br><br>Underwriter: **Tammy Beckom**<br>Underwriter Branch: **Charlotte** | Appraisal: **04/03/2020**<br>Purchase Contract: **NA**<br>Title Insurance: **02/14/2020**<br>Closing Protection Letter: **03/21/2020** |
| **Entity and Guarantor(s) Information** | **Subject Property** |
| Entity Name: **N/A**<br>Entity Address: **N/A**<br><br>Guarantor: **Michael Lumb**<br>Guarantor: **N/A**<br>Guarantor: **N/A**<br>Guarantor: **N/A**<br><br>Entity Approval Status:<br>Entity Approval Status Date: | Property Address: **1530 W Lehigh Avenue, Philadelphia, PA 19132**<br>Property Type: **Townhome**<br>Units: **1**<br><br>**Business Partner**<br><br>Business Partner: **AHM Funding LLC**<br>Contact: **William Underwood**<br>Phone: **267-882-2838**<br>Email: **billunderwood@yourfundingresource.com** |

## Loan Information

| | | | |
|---|---|---|---|
| Approved Loan Amount: | $141,525.00 | Exposure Limit Amount Available: | $-6,410.00 |
| Initial Advance Amount: | $79,390.00 | Exposure Limit Expiration Date: | 01/23/2020 |
| Other Holdback Amount: | $0.00 | Loan Program: | Fix and Flip |
| Rehab Escrow Holdback Amount: | $62,135.00 | Loan Purpose: | Cash-Out Refinance |
| Approved Budget: | $90,500.00 | Loan Term: | 12 |
| Sales Price: | $30,000.00 | Amortization Type: | Fixed |
| Appraised As-Is Value: | $76,000.00 | Guaranty Type: | Recourse |
| Appraised Land Value: | $NA | Minimum Interest: | 3 Months |
| Appraised As-Repaired Value: | $272,000.00 | Interest on Drawn Balance Only: | No |
| Initial Advance LTC: | 85.00% | Total Property Experience: | 2 |
| Total Loan LTC: | 85.00% | | |
| Total Loan LTV: | 52.03% | | |

---

[1] Until a Final Approval date is entered, this is a conditional approval and is not a commitment or promise to lend. You must comply with all Underwriting Conditions listed below and timely provide requested documentation and information. All information is subject to underwriting review and FACo makes no promise or guarantee that compliance with its Underwriting Conditions will result in a final approval for the Property Approval.

Page 1



## Property Level Pricing

Interest Rate: **9.990%**\*\*                                    Origination Fee: **2.000%**\*\*

| Description | Price Adjustment** |
|---|---|
| Loan Amount less than $100K | Price Adjustment of .5% to Rate and Orig. |
| Loan Amount $500,000 - $999,999 | Price Adjustment of -.125% or 1/8 better to Rate |
| Loan Amount greater than ≥ $1,000,000 | Price Adjustment of -.250% or 1/4 better to Rate |
| Loan Term of 18 months | Price Adjustment of .5% to Rate |
| Property Type of Multifamily or Mixed Use | Price Adjustment of .5% to Rate |
| Drawn Balance | Price Adjustment of:<br>.25% to Rate – 25+ Experience<br>.50% to Rate – 16 to 24 Experience<br>.75% to Rate – 8 to15 Experience<br>1.00% to Rate – 3 to 7 Experience<br>1.25% to Rate – 0 to 2 Experience |

**Interest Payment Calculation: $1,178.20**

For Full Balance, interest will be charged on the **Full Note Amount**. This includes the Initial Advance plus the Total Rehab Holdback.

For interest on drawn balance, the Interest will be charged on only the outstanding portion of the loan amount.

All terms, pricing, and leverage are subject to change with loan level pricing adjustments and market conditions. The individual loan level terms are still subject to change and are not finalized until the final underwriting loan approval is received.

**Terms of this approval are subject to "Underwriting Conditions" for loan # 180192758-004**



## Schedule of Guarantors

**Guarantor 1:  Michael Lumb**

# Underwriting Conditions

Loan Number: **180192758-004**          Borrowers: **Michael Lumb**

Date:    01/23/2020

| Condition | Details | | | |
|---|---|---|---|---|
| Owner: Kathleen Slack | | | | |
| F&F-Title Revision | Condition Due: | Prior to Closing | | |
| Schedule A- | Added: | T. Beckom | 12/16/2019 | |
| Sch. A missing signature of Authorized Signatory | Cleared: | T. Beckom | 12/23/2019 | |
| -#2(b) Loan amount to be corrected to match loan amount | Waived: | | | |
| Schedule B- Part I (requirements): | | | | |
| -#11 -Remove -Should have been cleared when borrower purchased home by borrower in July 2019. | | | | |
| -#14- #19- Remove- These should have been resolved when borrower purchased home in July 2019. | | | | |
| Schedule B- Part II (Restrictions): | | | | |
| - ADD:  ALTA 8.1-06, 9-06, 5.1-06, or equivalent | | | | |
| - Title to confirm standard exception will be removed, since FACO does not allow Survey Exceptions. | | | | |
| - ALTA 32-06 (Mechanic lien coverage during construction). | | | | |

Page 4

# Underwriting Conditions

Loan Number: **180192758-004**     Borrowers: **Michael Lumb**

Date:     **01/23/2020**

| Condition | Details | | |
|---|---|---|---|
| **Owner: Malakia Crabb** | | | |
| **F&F-Insurance Payment(s)** | Condition Due: | Prior to Funding | |
| Provide proof of insurance payment(s) with paid receipt(s) or pay at closing for all policies required. | Added: Cleared: Waived: | T. Beckom | 12/16/2019 |
| **F&F-Lien(s) on Title** | Condition Due: | Prior to Funding | |
| Payoff demand lien(s) in favor of BSI Financial Services/FACO. All liens and related exceptions with the potential to affect FACo's first lien position must be addressed. If loan closes after 12/31/19, UW must review. | Added: Cleared: Waived: | T. Beckom | 12/16/2019 |
| **F&F-Clear Title** | Condition Due: | Prior to Funding | |
| Clear and equitable title with FACo in first lien position and no subordinate financing. | Added: Cleared: Waived: | T. Beckom | 12/16/2019 |
| **F&F-Name Affidavit** | Condition Due: | Prior to Funding | |
| Borrower to execute a name affidavit supporting one in same as: Michael Lumb, Michael A Lumb | Added: Cleared: Waived: | T. Beckom | 12/16/2019 |
| **F&F-Property Taxes on Title** | Condition Due: | Prior to Funding | |
| Any property taxes/ Assessments that are due and payable within 60 days of closing, must be paid at closing | Added: Cleared: Waived: | T. Beckom | 12/16/2019 |

Page 5

Underwriting Conditions (Letter normal) ~ 04/2011 ~ Encompass360®