**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                              : BR NO. 21-13216
MICHAEL LUMB                        :
        Debtor.                     : Chapter 13
```

**PRAECIPE TO WITHDRAW DOCUMENT NO.45**

TO THE BANKRUPTCY CLERK:

Please withdraw Document No. 45 (Amended Schedule I) filed in the above-captioned matter.

```
                        /s/Timothy Zearfoss_____
                        Timothy Zearfoss, Esquire
                        Attorney for Debtor
```