**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

IN RE:                                : BR NO. 21-13216
MICHAEL LUMB                          :
         Debtor.                      : Chapter 13

**PRE-CONFIRMATION CERTIFICATION**
**OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE**
**WITH 11 U.S.C. SECS. 1325(a)(6), 1325(a)(8) and (a)(9)**

    I, Timothy Zearfoss, Esquire, Attorney for Debtor, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for July 14, 2022 in the above-referenced case:

    1.  The above-named debtor will be able to make all payments under the plan and to comply with the plan.

    2.  The above-named debtor has paid all post petition amounts that are required to be paid under any and all Domestic Support obligations.

    3.  The above-named debtor has filed all applicable Federal, State, and local tax returns as required by 11 U.S.C. Sec. 1308.

    4.  If the confirmation hearing date above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

    5.  If this Certification is signed by counsel of debtor, counsel certifies that the debtor was duly questioned about the statements in this certification and supplied answers consistent with this Certification.

Date: 7/8/22                              /s/Timothy Zearfoss
                                          Timothy Zearfoss, Esq.