**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                          : BR NO. 21-13216
MICHAEL LUMB                    :
        Debtor.                 : Chapter 13
```

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Michael Lumb has filed a Motion to Determine Value with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.)**

1. If you do not want the Court to grant the relief sought in the motion, then on or before **August 17, 2022,** you or your attorney must do all of the following:

> a. file an answer explaining your position at
> United States Bankruptcy Court
> Robert C. Nix Bldg.
> 900 Market St., Ste. 400
> Phila. PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

> b. mail a copy to movant's attorney:
> Timothy Zearfoss, Esquire
> 143-145 Long Lane
> Upper Darby, PA 19082

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Magdeline Coleman, Chief United States Bankruptcy Judge, in Courtroom No. 2 at the U.S. Bankruptcy Court, Robert C. Nix Bldg., Phila. PA 19107 on August 23, 2022 at 10:30 A.M., or as soon thereafter as counsel can be heard, to consider the motion.

4. If a copy of the motion is not enclosed, a copy of

the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: <u>7/29/22</u>