**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                            : BR NO. 21-13216
MICHAEL LUMB                      :
       Debtor.                    : Chapter 13
```

**CERTIFICATION OF NO RESPONSE**

TIMOTHY ZEARFOSS, ESQUIRE, counsel for the within debtor, hereby certifies that on July 29, 2022, true and correct copies of the Notice of Motion and Motion to Determine Value were served on all appropriate parties, as set forth in second amended Certificate of Service filed July 19, 3033. TIMOTHY ZEARFOSS, ESQUIRE further certifies that no answers, objections, responsive pleadings or requests for hearing were filed or served upon him within the requisite time, and the motion is therefore unopposed.

Date: 8/19/22                    /s/Timothy Zearfoss_____
                                 Timothy Zearfoss, Esquire
                                 143-145 Long Lane
                                 Upper Darby, PA 19082
                                 (610)734-7001