**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                            : BR NO. 21-13216
MICHAEL LUMB                      :
        Debtor.                   : Chapter 13
```

## O R D E R

AND NOW, this  23rd  day of   August   2022, upon consideration of the debtor's Motion to Determine Value, and any opposition thereto, it is hereby **ORDERED** that the motion is granted, and that the allowed secured claim of WSFS FSB c/o BSI Financial Services, N.A. is $155.000.00. The remaining balance of this claim shall be treated as unsecured.

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE