# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                      Bankruptcy No. 21-13216-MDC

MICHAEL LUMB

53 LINCOLN AVENUE

LANSDOWNE, PA 19050-

     Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MICHAEL LUMB

53 LINCOLN AVENUE

LANSDOWNE, PA 19050-

Counsel for debtor(s), by electronic notice only.

TIMOTHY ZEARFOSS
Law Office of Timothy Zearfoss
143-145 LONG LANE
UPER DARBY, PA 19082-

Date: 12/28/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee