IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Michael Lumb,** | ) | Case No. 21-13216 |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |

---

## EXHIBIT LIST

---

Finance of America Mortgage LLC f/k/a Finance of America Commercial LLC ("Creditor"), by and through the undersigned counsel, submits the Designation of Pre-Marked Hearing Exhibits pursuant to the Court's "Order Governing Procedures at Evidentiary Hearing Conducted Remotely by Video Conference" as follows:

1. Chapter 13 Bankruptcy Petition. Doc. No. 1.

2. Creditor's Proof of Claim. Claim 5-1.

3. Debtor's Proposed Chapter 13 Plan filed on January 3, 2022. Doc. No. 20.

4. Creditor's Objection to the Plan. Doc. No. 25.

5. Creditor's Motion for Relief from Stay and Abandonment of Property from the Estate. Doc. No. 32.

6. Amended Schedule A/B. Doc. No. 39.

7. Amended Chapter 13 Bankruptcy Petition. Doc. No. 42.

8. Creditor's Amended Motion for Relief from Stay. Doc. No. 51.

9. Joint Stipulation of Facts. Doc. No. 53.

10. Amended Objection to Confirmation of Plan. Doc. No. 55.

11. Second Amended Chapter 13 Bankruptcy Petition. Doc. No. 59.

12. Third Amended Chapter 13 Bankruptcy Petition. Doc. No. 69.

13. Fourth Amended Chapter 13 Bankruptcy Petition. Doc. No. 72.

14. Fifth Amended Chapter 13 Bankruptcy Petition. Doc. No. 75.

15. Creditor's Objection to Fifth Amended Chapter 13 Bankruptcy Petition. Doc. No. 77.

16. Sixth Amended Chapter 13 Bankruptcy Petition. Doc. No. 79.

17. Debtor's Amended Schedule I. Doc. No. 83.

18. Debtor's Amended Schedule J. Doc. No. 84.

19. Creditor's Objection to Sixth Amended Chapter 13 Bankruptcy Petition. Doc. No. 86.

20. Creditor's Motion to Dismiss. Doc. No. 90.

21. Lease for Unit 1, 1530 W. Lehigh Ave.

22. Lease for Unit 2, 1530 W. Lehigh Ave.

23. Michael Lumb December 23, 2022 Pay Stub.

DINSMORE & SHOHL LLP

Dated: March 7, 2023        */s/ Kelli A. Lee*
John J. Berry, Esquire
PA ID # 313481
Kelli A. Lee, Esquire
PA ID #309770
john.berry@dinsmore.com
Six PPG Place, Suite 1300
Pittsburgh, PA 15222

## **CERTIFICATE OF SERVICE**

On March 7, 2023, Creditor Finance of America Mortgage served its Exhibit List on all parties of record by this Court's CM/ECF system and has served the following parties by U.S. mail.

TIMOTHY ZEARFOSS, Esq.
Law Office of Timothy Zearfoss
143-145 Long Lane
Upper Darby, PA 19082
*(Counsel for Debtor Michael Lumb)*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street – Suite 1813
Philadelphia, PA 19107
*(Counsel for the Chapter 13 Trustee)*

/s/ Kelli A. Lee