**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Michael Lumb, | : | |
| Debtor. | : | Bankruptcy No. 21-13216-MDC |

# ORDER

**AND NOW**, on December 24, 2022, Michael Lumb (the "Debtor") filed his Sixth Amended Plan (the "Plan").[1]

**AND**, on December 28, 2022, Kenneth West, standing Chapter 13 Trustee (the "Trustee") filed a motion to dismiss the Debtor's bankruptcy case pursuant to 11 U.S.C. §1307(c)(1) (the "Trustee Motion to Dismiss").[2]

**AND**, on January 25, 2023, Finance of America Holdings, LLC ("FAH") filed an objection to confirmation of the Plan (the "Plan Objection")[3] and a motion to dismiss the Debtor's bankruptcy case pursuant to 11 U.S.C. §1307(c)(1) (the "FAH Motion to Dismiss").[4]

**AND**, on March 14, 2023, the Court held a hearing (the "Hearing") to consider confirmation of the Plan, the Trustee Motion to Dismiss, and the FAH Motion to Dismiss.[5]

It is hereby **ORDERED, ADJUDGED, AND DECREED** that:

---

[1] Bankr. Docket No. 79.

[2] Bankr. Docket No. 80.

[3] Bankr. Docket No. 86,

[4] Bankr. Docket No. 87, as amended by Bankr. Docket No. 90.

[5] At the Hearing, the Trustee orally withdrew the Trustee Motion to Dismiss and recommended confirmation of the Plan.

1. The Plan is **CONFIRMED**, and the Plan Objection is **OVERRULED**, for the reasons stated on the record at the Hearing.

2. The FAH Motion to Dismiss is **DENIED**.

3. The Trustee Motion to Dismiss is **DENIED** as moot in light of the Trustee's withdrawal of the motion at the Hearing.

4. Based on the Court's determination that the Plan will be confirmed, FAH's *Motion for Relief from the Automatic Stay and Abandonment of Property from the Estate*,[6] currently under advisement, is **DENIED WITHOUT PREJUDICE**

Dated: March 15, 2023

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Timothy Zearfoss, Esquire
Law Office of Timothy Zearfoss
143-145 Long Lane
Upper Darby, PA 19082

John J. Berry, Esquire
Kelli A. Lee, Esquire
Dinsmore & Shohl LLP
Six PPG Place, Suite 1300
Pittsburgh, PA 15222

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

---

[6] Bankr. Docket No. 32.