United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13216-mdc |
| Michael Lumb | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 14, 2023 | Form ID: 155 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Lumb, 53 Lincoln Avenue, Lansdowne, PA 19050-2821 |
| 14653580 | + | DIVIDEND FINANCE, ONE CALIFORNIA ST, STE 1500, San Francisco, CA 94111-5416 |
| 14763261 | + | Finance of America Holdings LLC, c/o Kellia A.Lee, Esq., Dinsmore & Shohl LLP, Six PPG Place, Suite 1300, Pittsburgh, PA 15222-5452 |
| 14662528 | + | Finance of America Holdings LLC, c/o John J. Berry, Esq., Dinsmore & Shohl LLP, Six PPG Place, Suite 1300, Pittsburgh, PA 15222-5452 |
| 14653581 | + | PFFCU, 901 ARCH ST, Philadelphia, PA 19107-2404 |
| 14668483 | + | Police and Fire Federal Credit Union, One Greenwood Sqaure, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14653585 | + | WILMINGTON SAVINGS FUND SOC, FSB, c/o FINANCE OF AMERICA COMMERCIAL, 801 WARRENVILLE ROAD, STE 260, Lisle, IL 60532-4320 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14666243 | | Email/Text: mtgbk@shellpointmtg.com | Mar 15 2023 00:08:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 14662283 | ^ | MEBN | Mar 15 2023 00:06:20 | NewRez, LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14668483 | + | Email/Text: bankruptcy1@pffcu.org | Mar 15 2023 00:08:00 | Police and Fire Federal Credit Union, One Greenwood Sqaure, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14653583 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 15 2023 00:08:00 | SHELLPOINT MTG SVCNG, PO BOX 10826, Greenville, SC 29603-0826 |
| 14680348 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 15 2023 00:20:14 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107 |
| 14653584 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 15 2023 00:20:10 | WELLS FARGO BANK N.A., ATTN BANKRUPTCY DEPT, 3476 STATEVIEW BLVD, FORT MILLS, SC 29715-7200 |
| 14658210 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 15 2023 00:20:14 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14669223 | + | Email/Text: bankruptcy@bsifinancial.com | Mar 15 2023 00:08:00 | Wilmington Savings Fund Society, FSB, c/o BSI Financial Services, 314 S. Franklin Street, Titusville, PA 16354-2168 |

TOTAL: 8

# BYPASSED RECIPIENTS

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 14, 2023 | Form ID: 155 | Total Noticed: 14 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14653582 | *+ | PFFCU, 901 ARCH ST, Philadelphia, PA 19107-2404 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2023                              Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NewRez  LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JOHN J. BERRY | on behalf of Creditor Finance of America Holdings  LLC john.berry@dinsmore.com, christina.lee@dinsmore.com |
| KELLI ANN LEE | on behalf of Creditor Finance of America Holdings  LLC kelli.lee@dinsmore.com, kristy.allen@dinsmore.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| TIMOTHY ZEARFOSS | on behalf of Debtor Michael Lumb tzearfoss@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael Lumb
       Debtor(s)                                    Chapter: 13

                                                       Bankruptcy No: 21−13216−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 14, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                     Magdeline D. Coleman
                                                     Chief Judge ,
                                                     United States Bankruptcy Court

                                                                           103 − 16, 79
                                                                           Form 155