United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13216-mdc |
| Michael Lumb | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 15, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Lumb, 53 Lincoln Avenue, Lansdowne, PA 19050-2821 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2023           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JOHN J. BERRY | on behalf of Creditor Finance of America Holdings LLC john.berry@dinsmore.com, christina.lee@dinsmore.com |
| KELLI ANN LEE | on behalf of Creditor Finance of America Holdings LLC kelli.lee@dinsmore.com, kristy.allen@dinsmore.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| TIMOTHY ZEARFOSS | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Mar 15, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Debtor Michael Lumb tzearfoss@aol.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Michael Lumb, | : | |
| Debtor. | : | Bankruptcy No. 21-13216-MDC |

# ORDER

**AND NOW**, on December 24, 2022, Michael Lumb (the "Debtor") filed his Sixth Amended Plan (the "Plan").[1]

**AND**, on December 28, 2022, Kenneth West, standing Chapter 13 Trustee (the "Trustee") filed a motion to dismiss the Debtor's bankruptcy case pursuant to 11 U.S.C. §1307(c)(1) (the "Trustee Motion to Dismiss").[2]

**AND**, on January 25, 2023, Finance of America Holdings, LLC ("FAH") filed an objection to confirmation of the Plan (the "Plan Objection")[3] and a motion to dismiss the Debtor's bankruptcy case pursuant to 11 U.S.C. §1307(c)(1) (the "FAH Motion to Dismiss").[4]

**AND**, on March 14, 2023, the Court held a hearing (the "Hearing") to consider confirmation of the Plan, the Trustee Motion to Dismiss, and the FAH Motion to Dismiss.[5]

It is hereby **ORDERED, ADJUDGED, AND DECREED** that:

---

[1] Bankr. Docket No. 79.

[2] Bankr. Docket No. 80.

[3] Bankr. Docket No. 86,

[4] Bankr. Docket No. 87, as amended by Bankr. Docket No. 90.

[5] At the Hearing, the Trustee orally withdrew the Trustee Motion to Dismiss and recommended confirmation of the Plan.

1. The Plan is **CONFIRMED**, and the Plan Objection is **OVERRULED**, for the reasons stated on the record at the Hearing.

2. The FAH Motion to Dismiss is **DENIED**.

3. The Trustee Motion to Dismiss is **DENIED** as moot in light of the Trustee's withdrawal of the motion at the Hearing.

4. Based on the Court's determination that the Plan will be confirmed, FAH's *Motion for Relief from the Automatic Stay and Abandonment of Property from the Estate*,[6] currently under advisement, is **DENIED WITHOUT PREJUDICE**

Dated: March 15, 2023

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Timothy Zearfoss, Esquire
Law Office of Timothy Zearfoss
143-145 Long Lane
Upper Darby, PA 19082

John J. Berry, Esquire
Kelli A. Lee, Esquire
Dinsmore & Shohl LLP
Six PPG Place, Suite 1300
Pittsburgh, PA 15222

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

---

[6] Bankr. Docket No. 32.