UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 21-13216 |
| Michael Lumb, | ) Chapter 13 |
| Debtor. | ) Judge Magdeline D. Coleman |

## ORDER OF COURT

AND NOW, on this ___3rd___ day of ___May___ 2023, upon consideration of Creditor Finance of America Mortgage LLC's Motion for Relief from Automatic Stay and any response thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED.

Relief from the Automatic Stay is granted concerning Debtor's interest in the real property commonly known as 1530 W. Lehigh Ave., Philadelphia, PA and said property is hereby abandoned from the Bankruptcy Estate pursuant to 11 U.S.C. § 554.  The Creditor can exercise any remedies concerning the subject property that are available to it under applicable law.

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE