United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13216-mdc |
| Michael Lumb | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Lumb, 53 Lincoln Avenue, Lansdowne, PA 19050-2821 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NewRez  LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JOHN J. BERRY | on behalf of Creditor Finance of America Holdings  LLC john.berry@dinsmore.com, christina.lee@dinsmore.com |
| KELLI ANN LEE | on behalf of Creditor Finance of America Holdings  LLC kelli.lee@dinsmore.com, kristy.allen@dinsmore.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| TIMOTHY ZEARFOSS | on behalf of Debtor Michael Lumb tzearfoss@aol.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 21-13216 |
| | ) |
| Michael Lumb, | ) Chapter 13 |
| | ) |
| Debtor. | ) Judge Magdeline D. Coleman |

### ORDER OF COURT

AND NOW, on this ___3rd___ day of ___May___ 2023, upon consideration of Creditor Finance of America Mortgage LLC's Motion for Relief from Automatic Stay and any response thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED.

Relief from the Automatic Stay is granted concerning Debtor's interest in the real property commonly known as 1530 W. Lehigh Ave., Philadelphia, PA and said property is hereby abandoned from the Bankruptcy Estate pursuant to 11 U.S.C. § 554. The Creditor can exercise any remedies concerning the subject property that are available to it under applicable law.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE