**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                          : BR NO. 21-13216
MICHAEL LUMB                    :
     Debtor.                    : Chapter 13
```

**PRAECIPE FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**

TO THE BANKRUPTCY CLERK:

Please take notice that the debtor hereby voluntarily dismisses the above-captioned Chapter 13 case.

/s/Timothy Zearfoss_____
Timothy Zearfoss, Esquire
Attorney for Debtor