**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

| | |
|---|---|
| IN RE: | : BR NO. 21-13216 |
| MICHAEL LUMB | : |
| Debtor. | : Chapter 13 |

### ORDER DISMISSING CHAPTER 13 CASE

**AND NOW,** the Debtor having filed a Praecipe to Dismiss Case (which shall be treated as a motion filed under 11 U.S.C. Sec. 1307(b) and F.R.B. P. 1017(f) and 9013), requesting dismissal of this case and the court having considered the record and finding that the case has not been converted previously, it is hereby

**ORDERED** that the case is **DISMISSED.**

Date: May 15, 2023

BY THE COURT:

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
United States Chief Bankruptcy Judge