United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 21-13216-mdc |
|---|---|
| Michael Lumb | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Lumb, 53 Lincoln Avenue, Lansdowne, PA 19050-2821 |
| cr | + | Finance of America Holdings, LLC, Dinsmore & Shohl LLP, c/o John J. Berry, Esquire, Six PPG Place, Suite 1300, Pittsburgh, PA 15222-5452 |
| 14653580 | + | DIVIDEND FINANCE, ONE CALIFORNIA ST, STE 1500, San Francisco, CA 94111-5416 |
| 14763261 | + | Finance of America Holdings LLC, c/o Kellia A.Lee, Esq., Dinsmore & Shohl LLP, Six PPG Place, Suite 1300, Pittsburgh, PA 15222-5452 |
| 14662528 | + | Finance of America Holdings LLC, c/o John J. Berry, Esq., Dinsmore & Shohl LLP, Six PPG Place, Suite 1300, Pittsburgh, PA 15222-5452 |
| 14653581 | + | PFFCU, 901 ARCH ST, Philadelphia, PA 19107-2404 |
| 14653585 | + | WILMINGTON SAVINGS FUND SOC, FSB, c/o FINANCE OF AMERICA COMMERCIAL, 801 WARRENVILLE ROAD, STE 260, Lisle, IL 60532-4320 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 16 2023 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 16 2023 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14666243 | | Email/Text: mtgbk@shellpointmtg.com | May 16 2023 00:07:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 14662283 | ^ | MEBN | May 16 2023 00:01:27 | NewRez, LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14668483 | + | Email/Text: bankruptcy1@pffcu.org | May 16 2023 00:07:00 | Police and Fire Federal Credit Union, One Greenwood Sqaure, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14653583 | + | Email/Text: mtgbk@shellpointmtg.com | May 16 2023 00:07:00 | SHELLPOINT MTG SVCNG, PO BOX 10826, Greenville, SC 29603-0826 |
| 14680348 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 16 2023 00:15:00 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107 |
| 14653584 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 16 2023 00:14:50 | WELLS FARGO BANK N.A., ATTN BANKRUPTCY DEPT, 3476 STATEVIEW BLVD, FORT MILLS, SC 29715-7200 |
| 14658210 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 16 2023 00:14:35 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14669223 | + | Email/Text: bankruptcy@bsifinancial.com | | |

May 16 2023 00:07:00    Wilmington Savings Fund Society, FSB, c/o BSI Financial Services, 314 S. Franklin Street, Titusville, PA 16354-2168

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14653582 | *+ | PFFCU, 901 ARCH ST, Philadelphia, PA 19107-2404 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:

**Name** | **Email Address**

BRIAN CRAIG NICHOLAS
  on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JOHN J. BERRY
  on behalf of Creditor Finance of America Holdings LLC john.berry@dinsmore.com, christina.lee@dinsmore.com

KELLI ANN LEE
  on behalf of Creditor Finance of America Holdings LLC kelli.lee@dinsmore.com, kristy.allen@dinsmore.com

KENNETH E. WEST
  ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
  on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

TIMOTHY ZEARFOSS
  on behalf of Debtor Michael Lumb tzearfoss@aol.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                              : BR NO. 21-13216
MICHAEL LUMB                        :
        Debtor.                     : Chapter 13
```

### ORDER DISMISSING CHAPTER 13 CASE

**AND NOW**, the Debtor having filed a Praecipe to Dismiss Case (which shall be treated as a motion filed under 11 U.S.C. Sec. 1307(b) and F.R.B. P. 1017(f) and 9013), requesting dismissal of this case and the court having considered the record and finding that the case has not been converted previously, it is hereby

**ORDERED** that the case is **DISMISSED**.

Date: May 15, 2023

BY THE COURT:

_____
MAGDELINE D. COLEMAN
United States Chief Bankruptcy Judge